UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**In re:**

**Miscellaneous Cases Assigned to Hon. Kevin R. Huennekens, U.S. Bankruptcy Judge**

---

OMNIBUS MOTION TO SUBSTITUTE COUNSEL

Eamonn B. Foster of Woehrle Dahlberg Jones & Yao PLLC, states as follows:

1. The attached list reflects the cases before this Court in which Jeremy Huang, Esquire is listed as attorney of record.

2. Jeremy Huang, formerly of Woehrle Dahlberg Jones & Yao PLLC, has transferred the entire Chapter 13 bankruptcy law practice to Eamonn B. Foster at Woehrle Dahlberg Jones & Yao PLLC. The practice was not purchased or sold, rather Mr. Huang no longer works with the firm, and the caseload was transferred to Mr. Foster within the firm.

3. All clients of Mr. Huang have been notified of the transfer and the clients, listed in Exhibit A attached to this motion, have consented to the substitution of Eamonn B. Foster, Esquire as counsel of record.

4. Effective June 1, 2018, Mr. Jeremy Huang left the firm to practice elsewhere.

5. Mr. Huang requests that he be removed as attorney of record on the cases listed on the attached list and that Eamonn B. Foster be substituted as counsel of record.

6. Effective June 1, 2018, Mr. Huang requests all fees held by Trustees in said cases, now or in the future, be paid out, made in the name of, and forwarded to Eamonn B. Foster, at Woehrle Dahlberg Jones & Yao, PLLC.

WHEREFORE, Eamonn B. Foster, Esquire, moves to withdraw Jeremy Huang, Esquire, as the counsel of record and to substitute Eamonn B. Foster, Esquire of Woehrle Dahlberg Jones & Yao, PLLC, as the counsel of record in the cases on the attached list (Exhibit A), and that all fees held by Trustees in said cases, now or in the future, be paid out, made in the name of, and forwarded to Eamonn B. Foster, Esquire of Woehrle Dahlberg Jones & Yao, PLLC.

/s/Eamonn B. Foster
Eamonn Foster, Esquire (VSB No. 91716)
Woehrle Dahlberg Jones Yao, PLLC
1900 East Parham Road
Richmond, Virginia 23228
(804) 261-2694 telephone
(804) 553-0784 facsimile
efoster@lawfirmvirginia.com
Counsel for Debtors

**CERTIFICATION**

I hereby certify that on July 16, 2018, I served all necessary parties with the foregoing Omnibus Motion to Substitute Counsel, including the U.S. Trustee and the trustees assigned to the respective cases electronically through the Court's CM/ECF system, and the respective Debtors via 1st Class U.S. Mail at the address of record.

/s/Eamonn B. Foster
Eamonn Foster, Esquire (VSB No. 91716)

**EXHIBIT A**

**RICHMOND - KRH**

| Name | Case | Chapter |
| --- | --- | --- |
| Darrell Harris | 17-34927-KRH | 13 |
| Thomas & Crystal Williamson | 17-31265-KRH | 13 |